**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALIAKBAR ROSTAMNE JADCHARATI,<br><br>Petitioner,<br><br>v.<br><br>JEREMY CASEY, Warden, Imperial Regional Detention Facility,<br><br>Respondents. | Case No.:  26cv1578 DMS VET<br><br>**ORDER GRANTING PETITION** |

This case comes before the Court on the Petition for Writ of Habeas Corpus. Respondents filed a Return to the Petition stating they do not oppose "a bond hearing for Petitioner in this matter, subject to supervision during his removal proceedings." (Return at 1.)  Accordingly, Respondents are directed to arrange an individualized bond hearing for Petitioner before an immigration judge on or before **April 23, 2026**.  On or before **April 27, 2026**, the parties shall file a Status Report confirming Petitioner has been provided with a bond hearing and the result of that hearing.  In that Report, the parties shall also provide their respective positions on whether a further order on the Petition is necessary or if the case may be dismissed as moot.

  **IT IS SO ORDERED**.

Dated:  April 15, 2026

Hon. Dana M. Sabraw
United States District Judge

1