# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

Aliakbar Rostamne Jadcharati

**Plaintiff,**

**V.**

Jeremy Casey

**Defendant.**

**Civil Action No.** 26-cv-1578-DMS-VET

## JUDGMENT IN A CIVIL CASE

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Petition for Writ of Habeas Corpus is granted. All litigation in this matter has concluded. The case is hereby closed.

**Date:** 9/22/26

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By: s/ J.Guerrero
J.Guerrero, Deputy

# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

(ATTACHMENT)

**Civil Action No.** 26-cv-1578-DMS-VET